IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Corey Sherman, #289202, | ) | C/A No. 1:17-761-HMH |
|---|---|---|
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| Warden Willie Eagleton, | ) | |
| Respondent. | ) | |

Corey Sherman ("Petitioner"), an inmate housed at Evans Correctional Institution, proceeding pro se, brought this action seeking habeas corpus relief under 28 U.S.C. § 2241. On March 29, 2017, the Court ordered Petitioner to pay the five dollar ($5) filing fee for a habeas corpus action or complete and return the attached Form AO 240 (application to proceed in forma pauperis). [ECF No. 5]. Petitioner was warned that failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* Petitioner failed to respond. On April 26, 2017, the Court sent a second order directing Petitioner to pay the five dollar ($5) filing fee for a habeas corpus action or complete and return the attached Form AO 240. [ECF No. 9]. Petitioner was again warned that failure to provide the necessary information within a specific time period may subject the case to dismissal. *Id.* The time for a response expired on May 17, 2017, and Petitioner did not respond. As Petitioner has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

May 23, 2017  s/Henry M. Herlong, Jr.
Greenville, South Carolina  Senior United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.